Submitted on record and briefs October 30, reversed and remanded December 16, 1992

EDWARD E. ALLEN,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(91CV204; CA A72027)

842 P2d 813

▬▬▬▬▬▬▬

▬▬▬▬▬

Edward Eugene Allen, Salem, filed the opening brief *pro se.* John E. Storkel, Salem, filed the supplemental brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM

▬▬▬▬▬

**PER CURIAM**

The state concedes that the trial court erred in dismissing the petition for post-conviction relief. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992). We accept the concession.

Reversed and remanded.